**FILED**
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Hugo Alonso DELGADO-Chavez<br><br>    Defendant. | Magistrate Case No.: '08 MJ 8739<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 16, 2008, within the Southern District of California, defendant Hugo Alonso DELGADO-Chavez did knowingly and intentionally import approximately 13.12 kilograms (28.92 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Jerry A. Conrad
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18TH, DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Jerry A. Conrad, declare under penalty of perjury, the following is true and correct:

On 08/16/2008, Hugo Alonso DELGADO-Chavez entered the United States through the Calexico, California West Port of Entry. DELGADO was the driver and registered owner of a silver 1999 Nissan Frontier Pick-Up Truck, bearing Baja California, Mexico license plate BN10676. US Customs and Border Protection Officers discovered 26 packages, concealed within the driver side and passenger side rear quarter panels.

One of the packages was probed and white crystalline substance was extracted, which subsequently field tested positive for methamphetamine. The 26 packages had a combined weight of 13.12 kilograms (28.92 pounds).

DELGADO was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. DELGADO acknowledged and waived his Miranda Rights. DELGADO admitted knowledge that there were narcotics in the vehicle, but did not know what type. DELGADO stated that he was to be paid $1,500.00 for this smuggling venture. DELGADO was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on August 16, 2008 (date) at 2053 (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on __August 16, 2008__ in violation of Title __21__, United States Code, Section(s) __952 and 960__.

_____
United States Magistrate Judge
Barbara L. Major

Date/Time: 8/16/08 at 9:17 PM